UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**CHARLES HOLLAND SAMS, III**
**CATHY RILEY SAMS**

Case No. **10-05269-BKC-3F7**

_____ **Debtor(s).** _____

**TRUSTEE'S NOTICE OF INTENT TO SELL AT PRIVATE SALE**

> NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING
>
> Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Ste. 3-350, Jacksonville, Florida 32202, serve a copy on the movant's attorney at his address indicated below and a copy to the U.S. Trustee, 135 West Central Blvd., #620 Orlando, Florida 32801.
>
> If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

The trustee gives notice that he intends to sell the following property of the bankruptcy estate: household goods and furnishings, audio, wearing apparel, wedding rings, diamond pendant, charm necklace, gold necklace, bracelets, fossil watch, costume jewelry, 4 surfboards, 1 9mm pistol, 1 .380 caliber pistol, 2002 Toyota Sequoia, VIN - 5TDZT38A92S090827, and 1998 Mazda B2500, VIN - 4F4YR12C3WTM44624, for the sum of $10,620.00, which has now been paid in full to the trustee. The sale is as is with all faults. There are no warranties, either express or implied. The sales price is related to the values on the schedules less available exemptions. The property is not subject to a lien. The purchasers are the debtors. There are no negative tax consequences. The trustee believes that selling to the debtors will net more for the estate than by selling to third parties because it saves the costs of transport, storage and liquidation, e.g., auctioneer's fees.

The trustee reserves the right, without a penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21-day objection period set forth above and/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids for the purchase of the asset(s) being sold. Such bids must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

Dated October 18, 2011.

_____
GREGORY K. CREWS, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750
Florida Bar No. 172772

Mailed to creditors and parties in interest on October 18, 2011.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

**CHARLES HOLLAND SAMS, III**  
**CATHY RILEY SAMS**

Case No. **10-05269-BKC-3F7**

_____ **Debtor(s).** _____

**CERTIFICATE OF SERVICE OF TRUSTEE'S**
**NOTICE OF INTENT TO SELL AT PRIVATE SALE**

I certify, under penalty of perjury, that on October 18, 2011, a copy of Trustee's Notice of Intent to Sell at Private was mailed by using the CM/ECF system which will send a notice of the electronic filing to CM/ECF participants and that I mailed a copy of it by first class mail to non-CM/ECF participants as listed on the attached matrix.

_____
Gregory K. Crews, Trustee
8584 Arlington Expressway
Jacksonville, Florida 32211
(904) 354-1750

```
Label Matrix for local noticing            AMERICAN EXPRESS                           American Express Bank, FSB
113A-3                                     Acct 3717304124-71008                      c o Becket and Lee LLP
Case 3:10-bk-05269-JAF                     PO BOX 981540                              POB 3001
Middle District of Florida                 El Paso TX 79998-1540                      Malvern, PA 19355-0701
Jacksonville
Tue Oct 18 10:03:23 EDT 2011

Jeffrey R Becker                           CHASE BANK CC                              CHASE BANK CC
Hiday & Ricke PA                           Acct 4147-2020-4250-9263                   Acct 4417-1224-1169-3022
Post Office Box 550858                     Attn: Correspondence                       Attn: Correspondence
Jacksonville, FL 32255-0858                PO BOX 15298                               PO BOX 15298
                                           WILMINGTON DE 19850-5298                   WILMINGTON DE 19850-5298

CHASE BANK CC                              CITICARD                                   COMMUNITY FIRST C.U.
Acct 5466-4720-1986-4179                   Acct 5466-1600-3561-7149                   Acct 3000020438354
Attn: Correspondence                       PO BOX 20483                               attn: COLLECTION DEPT
PO BOX 15298                               Kansas City MO 64195-0483                  PO BOX 2304
WILMINGTON DE 19850-5298                                                              Jacksonville FL 32203-2304

COMMUNITY FIRST C.U.                       Chase Bank USA, N.A.                       Community First Credit Union of Florida
Acct 5688380001                            PO Box 15145                               c/o Hiday & Ricke, P.A.
attn: COLLECTION DEPT                      Wilmington, DE 19850-5145                  P.O. Box 550858
PO BOX 2304                                                                           Jacksonville, FL 32255-0858
Jacksonville FL 32203-2304

Betsy C Cox                                Gregory K. Crews                           DISCOVER CARD
Rogers Towers                              8584 Arlington Expressway                  Acct 6011-0040-1069-2057
1301 Riverplace Boulevard                  Jacksonville, FL 32211-8003                BANKRUPTCY DEPT
Suite 1500                                                                            PO BOX 3025
Jacksonville, FL 32207-1811                                                           New Albany OH 43054-3025

Discover Bank                              EAST PARK BUSINESS CENTER                  EAST PARK BUSINESS CENTER
Dfs Services LLC                           Acct 00131-4892                            Acct 00131-4902
PO Box 3025                                EAST PARK BUSINESS CTR CONDO               EAST PARK BUSINESS CTR CONDO
New Albany, OH  43054-3025                 C/O CMC JAX PROCESSIN CTR                  C/O CMC JAX PROCESSIN CTR
                                           P.O. BOX 63128                             P.O. BOX 63128
                                           PHOENIX AZ 85082-3128                      PHOENIX AZ 85082-3128

FLORIDA BUSINESS DEV CORP                  FLORIDA BUSINESS DEV CORP                  Florida Dept of Labor and Security
Acct 7508204010                            Acct 9284744007                            Hartman Building, Suite 307
6801 LAKE WORTH ROAD, STE 209              6801 LAKE WORTH ROAD, STE 209              2012 Capital Circle, Southeast
Lake Worth FL 33467-2966                   Lake Worth FL 33467-2966                   Tallahassee, FL 32399-6583

Florida Dept of Revenue                    Robert F Higgins                           IRS
P.O. Box 6668                              Lowndes, Drosdick, Doster, Kantor & Reed   Centralized Insolvency Operations
Tallahassee, FL 32314-6668                 215 North Eola Drive                       P.O. Box 7346
                                           Orlando, FL 32801-2095                     Philadelphia, PA 19101-7346

MIKE HOGAN TAX COLLECTOR                   MIKE HOGAN TAX COLLECTOR                   MIKE HOGAN, TAX COLLECTOR
Acct 165427-0626                           Acct 165427-0628                           C/O STEVEN E. ROHAN
c/o Edward C Tannen AGC                    c/o Edward C Tannen AGC                    DEPUTY GENERAL COUNSEL
117 W DUVAL ST STE 480                     117 W DUVAL ST STE 480                     117 WEST DUVAL STREET, #480
JACKSONVILLE FL 32202-5721                 JACKSONVILLE FL 32202-5721                 JACKSONVILLE, FL 32202-3734

Duval County Tax Collector Mike Hogan      PYOD LLC its successors and assigns as assig   Kevin B Paysinger
c/o Steven E. Rohan                        Citibank, NA                               Bankruptcy Law Firm of Lansing J Roy, PA
117 West Duval Street, #480                c/o Resurgent Capital Services             1710 Shadowood Lane, Suite 210
Jacksonville, FL 32202-5721                PO Box 19008                               Jacksonville, FL 32207-2184
                                           Greenville, SC 29602-9008
```

| | | |
|---|---|---|
| David E. Peterson<br>Lowndes Drosdick Doster Kantor & Reed PA<br>215 North Eola Drive<br>Orlando, FL 32801-2095 | RBS CARD SERVICES<br>Acct 5545-1410-0455-2967<br>P.O. BOX 18204<br>BRIDGEPORT CT 06601-3204 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886-1359 |
| Recovery Management Systems Corp For GE Mone<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Steven E Rohan<br>City of Jacksonville<br>117 West Duval Street<br>Jacksonville, FL 32202-3700 |
| SUNTRUST BANK<br>Acct 2342130<br>ATTN: COURT COMPLIANCE<br>7818 PARHAM RD<br>Richmond VA 23294-4302 | SUNTRUST BANK<br>Acct 4223-0724-6000-3074<br>ATTN: COURT COMPLIANCE<br>7818 PARHAM RD<br>Richmond VA 23294-4302 | Cathy Riley Sams<br>3190 Antigua Drive<br>Jacksonville Beach, FL 32250-3938 |
| Charles Holland Sams III<br>3190 Antigua Drive<br>Jacksonville Beach, FL 32250-3938 | SunTrust Bank<br>Rogers Towers. P.A.<br>c/o Betsy C. Cox, Atty.<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville, FL 32207-1811 | SunTrust Bank<br>c/o Betsy C. Cox, Atty.<br>Rogers Towers, P.A.<br>1301 Riverplace Blvd., Suite 1500<br>Jacksonville, FL 32207-1811 |
| United States Trustee - JAX 7 7<br>135 W Central Blvd Suite 620<br>Orlando, FL 32801-2440 | WELLS FARGO BUSINESS DIRECT<br>Acct 5474644248522891<br>P.O. BOX 348750<br>SACRAMENTO CA 95834-8750 | (p)ZIONS FIRST NATIONAL BANK<br>LEGAL SERVICES UT ZB11 0877<br>P O BOX 30709<br>SALT LAKE CITY UT 84130-0709 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| ZIONS FIRST NATIONAL BANK<br>Acct 001-00342-5412331-9001<br>ONE SOUTH MAIN STREET, STE 500<br>SALT LAKE CITY UT 84111 | (d)Zions First National Bank<br>One South Main Street<br>Suite 500<br>Salt Lake City, UT 84111 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Jerry A. Funk<br>Jacksonville | End of Label Matrix<br>Mailable recipients   44<br>Bypassed recipients   1<br>Total   45 |